IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLUWATOYIN AGUDA, a Washington resident,<br><br>     Plaintiff,<br> v.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign entity doing business in Washington,<br><br>     Defendants. | Case No. 2:23-cv-671-RSL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## I. STIPULATION

COMES NOW Plaintiff Oluwatoyin Aguda ("Plaintiff") and Defendant American Family Connect Property and Casualty Insurance Company ("Connect"), by and through their undersigned counsel of record, and hereby stipulate that Connect may have an additional 15 days to answer or otherwise respond to Plaintiff's Complaint. Therefore, the last day for Connect to answer or otherwise respond to Plaintiff's Complaint is May 30, 2023. Good cause exists for this extension as Connect's litigation counsel has just become recently involved in this case and requires additional time to become knowledgeable about the case in order to prepare the initial pleading. In addition, the parties are in discussions regarding potential resolution of this matter

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT – 1
CASE NO: 2:23-cv-671-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1 | without further litigation. Plaintiff is in concurrence.

2

3 | DATED this 15th day of May 2023.

4

LETHER LAW GROUP

5 | */s/ Kevin J. Kay*
Thomas Lether, WSBA #18089
Kevin J. Kay, WSBA #34536
6 | 1848 Westlake Ave N., Suite 100
Seattle, WA 98109
7 | P: 206-467-5444 / F: 206-467-5544
tlether@letherlaw.com
8 | kkay@letherlaw.com
*Counsel for Defendant American Family*
9 | *Connect Property and Casualty Insurance Company*

10

LAW OFFICE OF RANDALL JOHNSON
11 | */s/ Randall C. Johnson, Jr.*
Randall C. Johnson, Jr., WSBA #24556
12 | P.O. Box 15881
Seattle, WA 98115
13 | P: 206-890-0616
Rcjj.law@gmail.com
14 | *Attorney for Plaintiff Oluwatoyin Aguda*

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT – 2
CASE NO: 2:23-cv-671-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II. PROPOSED ORDER

This matter came before the Court by the Stipulation of Plaintiff Oluwatoyin Aguda and Defendant American Family Connect Property and Casualty Insurance Company to Extend Time for Defendant to Respond to Plaintiff's Complaint.

**IT IS SO ORDERED** that Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before May 30, 2023.

Dated this 16th day of May, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT – 3
CASE NO: 2:23-cv-671-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544