IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLUWATOYIN AGUDA, a Washington resident,<br><br>Plaintiff,<br>v.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign entity doing business in Washington,<br><br>Defendants. | Case No. 2:23-cv-00671-RSL<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE BY 14 DAYS** |

### I. STIPULATION

COMES NOW Plaintiff Oluwatoyin Aguda ("Plaintiff") and Defendant American Family Connect Property and Casualty Insurance Company ("Connect"), by and through their undersigned counsel of record, and hereby stipulate to extend the Expert Witness Disclosure deadline by fourteen (14) days.

The current Expert Witness Disclosure deadline is March 13, 2024. At this time, the Parties are actively engaged in settlement negotiations which may eliminate the need for further involvement from the Court. Given the currently active settlement negotiations, the Parties have conferred and agreed to extend the Expert Witness Disclosure deadline by fourteen (14) days.

STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE – 1
CASE NO: 2:23-cv-671-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

The Parties respectfully request that the Court grant an extension of the Expert Witness Disclosure deadline by fourteen (14) days, to March 27, 2024. The Parties have conferred regarding the requested extension and agree there is good cause to grant the request.

DATED this 12th day of March 2024.

LETHER LAW GROUP

/s/ Kevin J. Kay
Thomas Lether, WSBA #18089
Kevin J. Kay, WSBA #34536
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
tlether@letherlaw.com
kkay@letherlaw.com
*Counsel for Defendant American Family Connect Property and Casualty Insurance Company*

LAW OFFICE OF RANDALL JOHNSON
/s/ Randall C. Johnson, Jr.
Randall C. Johnson, Jr., WSBA #24556
P.O. Box 15881
Seattle, WA 98115
P: 206-890-0616
Rcjj.law@gmail.com
*Attorney for Plaintiff Oluwatoyin Aguda*

STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE – 2
CASE NO: 2:23-cv-671-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II. ORDER

This matter came before the Court by the Stipulation of Plaintiff Oluwatoyin Aguda and Defendant American Family Connect Property and Casualty Insurance Company to extend the Expert Witness Disclosure deadline by fourteen (14) days.

**IT IS SO ORDERED** that the Expert Witness Disclosure Deadline is extended from March 13, 2024, to March 27, 2024.

Dated this 13th day of March, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE – 3
CASE NO: 2:23-cv-671-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544