UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLUWATOYIN AGUDA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No.  2:23-cv-00671-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

### I.   STIPULATION

COMES NOW Plaintiff, Oluwatoyin Aguda, and Defendant, American Family Connect Property and Casualty Insurance Company, by and through their attorneys of record, and agree and stipulate that this matter, including all claims against Defendant American Family Connect Property and Casualty Insurance Company, should be dismissed with prejudice and without fees or costs to any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED this 31st day of May 2024.

| LETHER LAW GROUP | LAW OFFICES OF RANDALL JOHNSON |
|---|---|
| *s/ Kevin J. Kay*<br>Kevin J. Kay, WSBA #34546<br>Ryan Bisel, WSBA #58634<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109 | *s/ Randall C. Johnson*<br>Randall C. Johnson, WSBA #24556<br>P.O. Box 15881<br>Seattle, Washington 98101<br>P: (206) 890-0616 |

STIPULATION AND
ORDER OF DISMISSAL - 1
Case No. 2:23-cv-00671-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544

P: (206) 467-5444/F: (206) 467-5544  
kkay@letherlaw.com  
rbisel@letherlaw.com  
*Counsel for Defendant*

Rcjj.law@gmail.com  
*Counsel for Plaintiff Oluwatoyin Aguda*

## II.   ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That the claims against Defendant American Family Connect Property and Casualty Insurance Company are hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

Dated this 3rd day of June, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND
ORDER OF DISMISSAL - 2
Case No. 2:23-cv-00671-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544